**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Michael Patrick Keefe, an individual**               **Civil No. 09-2941 JMR/SRN**

        **Plaintiff,**

**vs.**                                                                                **AMENDED**
                                                                                      **PRETRIAL SCHEDULING ORDER**

**City of Minneapolis and Tim Dolan,**
**Minneapolis Chief of Police, personally**
**and in his official capacity,**

        **Defendants.**
_____

On July 23, 2010, a Joint Stipulation and Motion for Modification of Pretrial

Scheduling Order [Docket No. 22] was filed.  Based upon the Joint Stipulation and

Motion, and good cause having been shown, it is -

**ORDERED:**

1.      That the Joint Stipulation and Motion [Doc. No. 22] is **GRANTED**, and the Pretrial

Scheduling Order dated December 3, 2009, is amended as follows

**Discovery Plan**

    1.      **Discovery shall be commenced in time to be completed by June 1,**
        **2011.**

    2.      Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall
        be made as follows:

        a.      By Plaintiff(s) on or before **March 1, 2011.**

        b.      By Defendant(s) on or before **April 1, 2011.**

    3.      Full disclosure of expert testimony, required by Rule 26(a)(2)(B),
        accompanied by the written report prepared and signed by the expert
        witness, shall be made as follows:

        a.      By Plaintiff(s) on or before **May 1, 2011.**

b.      By Defendant(s) on or before **June 1, 2011.**

## Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 612-664-5490.)

1.      All motions which seek to amend the pleadings or add parties must be served by March 15, 2010. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages.  Such motions must be brought on or before the non-dispositive motion deadline.

2.      All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by **June 1, 2011.**

## Dispositive Motions

1.      All dispositive motions shall be served and filed by **August 1, 2011.**

## Trial

This case shall be ready for trial **(JURY)** on **October 1, 2011**, or upon resolution of any pending dispositive motions.  Anticipated length of trial is 5 - 10 days.

Dated:  July 23, 2010

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge