UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 09-2941(DSD/SER)

Michael Patrick Keefe, an
individual,

        Plaintiff,

v.                                                 **ORDER**

City of Minneapolis and Tim
Dolan, Minneapolis Chief of
Police, personally and in
his official capacity,

        Defendants.


     This matter is before the court upon the request by defendants City of Minneapolis and Tim Dolan (collectively, defendants). On May 16, 2014, defendants requested that the court issue an order that (1) Plaintiff Michael Keefe not publicly file any of the previously-filed summary judgment documents, (2) defendants instead publicly file the documents by May 21, 2014, including the redactions approved by the court in its May 7, 2014, order and (3) the parties may only raise concerns regarding defendants' redactions in sealed filings to maintain the protected status of the identities of law enforcement officers. See ECF No. 242. Keefe concurs with the request. See ECF No. 243.

     Accordingly, **IT IS HEREBY ORDERED** that:

     1.   Keefe may not publicly file any of the previously-filed summary judgment documents;

    2.    Defendants must publicly file Documents 176, 177, 178, 182, 184, 185, 189 and 190 on ECF by May 21, 2014, with the redactions previously approved by the court;

    3.    The parties may only raise concerns regarding defendants' redactions in sealed filings.

Dated:  May 19, 2014

                                             s/David S. Doty
                                             David S. Doty, Judge
                                             United States District Court